59 P.3d 930

# SUPREME COURT OF HAWAI'I

| | | | |
|---|---|---|---|
| Century 21 Liberty Homes v. Reddish; Reddish v. Century 21 Liberty Homes | 25037 | 12/02/2002 Denied | |
| Hoffman v. Hoffman | 23247 | 12/05/2002 Denied | 97 Hawai'i 284, 36 P.3d 828 |
| Poe v. Hawai'i Labor Relations Bd. | 24600 | 12/05/2002 Denied | 100 Hawai'i 15, 58 P.3d 73 |
| State v. Yamada | 22456 | 12/19/2002 Denied | 99 Hawai'i 542, 57 P.3d 467 |
| State v. Yamada | 22456 | 12/19/2002 Denied | 99 Hawai'i 542, 57 P.3d 467 |
| Tataii v. Yoshina | 25353 | 11/21/2002 Denied | |

| | | | |
|---|---|---|---|
| State v. Carvalho | 24407 | 12/04/2002 Granted | |